Submitted on record and briefs July 15, reversed and remanded August 3, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## LACINDA LYNNE WEST,
*Appellant.*

(82-11720; CA A27654)

667 P2d 9

William J. Hedges, Oregon City, filed the brief for appellant.

Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Deputy Solicitor General, and Robert E. Barton, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes that the trial court erred in giving the jury instruction assigned as error.

Reversed and remanded for a new trial.